UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA )
)
vs. ) DKT #91-03015-01/RV
)
GARY EDSEL BURGANS )

### ORDER MODIFYING SUPERVISION CONDITIONS

THIS MATTER CAME on to be heard on September 7, 2006; there appearing Assistant U.S. Attorney, Ben Beard; and the defendant, Gary Edsel Burgans; appearing in person with counsel, Assistant Federal Public Defender Thomas Keith, Esquire. After heariing testimony, the Court ordered the following additional special conditions of supervised release:

Special Condition #1:   The defendant will submit to a psychiatric evaluation.

Special Condition #2:   The defendant will submit to a neuropsychological evaluation to rule out organic brain disorder.

Special Condition #3:   Take any recommended psychiatric medications as directed.

Special Condition #4:   Participate in mental health counseling as directed by the supervising U.S. Probation Officer.

DONE AND ORDERED in Open Court at Pensacola, Florida, this 7th day of September, 2006.

The Honorable Roger Vinson
Senior U.S. District Judge
Date Signed: 9/14/06

OFFICE OF CLERK
U.S. DISTRICT
NORTHERN FLA.
FILED

06 SEP 14 AM 9: 34

FILED